# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  February 2, 2017            523205
_____

In the Matter of REGINALD
    McFADDEN,
                        Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

DONALD VENETTOZZI, as Acting
    Director of Special Housing
    and Inmate Disciplinary
    Programs, et al.,
                        Respondents.
_____

Calendar Date:  November 29, 2016

Before:  McCarthy, J.P., Garry, Lynch, Rose and Devine, JJ.

_____

Reginald McFadden, Attica, petitioner pro se.

Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondents.

_____

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination finding him guilty of violating a prison disciplinary rule.  The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account.

Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (see Matter of James v Prack, 137 AD3d 1390, 1391 [2016]).

McCarthy, J.P., Garry, Lynch, Rose and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court